IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3061 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JUDGE STRONG, County Court Judge, JAN E. BERAN, Attorney, and JENNIFER JOAKIM, Attorney, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Motion to Amend Petition and add Judge Fox as a defendant." (Filing No. 8.) Nebraska Civil Rule 15.1 states that, in pro se cases, the court may consider an amended pleading as supplemental to the original pleading. NECivR 15.1(b). Upon careful consideration,

IT IS ORDERED that:

1.  Petitioner's Motion (Filing No. 8) is granted. The court will consider Filing Number 8 as supplemental to the original Complaint in accordance with NECivR 15.1(b).

2.  The clerk's office is directed to update the court's records to reflect that "Judge Fox" is also a Defendant in this matter.

DATED this 14th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.